UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-60845-CV-WILLIAMS

SACHIN S. NANJUNDAPPA,

    Plaintiff,

v.

NATIONAL SPECIALTY
INSURANCE COMPANY,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Alicia O. Valle's Report and Recommendation (DE 29) ("***Report***") regarding the Motion for Summary Judgment filed by Defendant National Specialty Insurance Company ("***Defendant***") (DE 23) ("***Motion***"). In the Report, Judge Valle recommends that the (i) the case be dismissed without prejudice based on Plaintiff's failure to prosecute and noncompliance with the Court's Order to Show Cause (DE 28); (ii) the Motion be denied as moot; and (iii) the case be closed. No objections were filed to the Report, and the time to object has passed.

Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1. Judge Valle's Report (DE 29) is **AFFIRMED AND ADOPTED**.
2. This case is **DISMISSED WITHOUT PREJUDICE** based on Plaintiff's failure to prosecute and noncompliance with the Court's Order to Show Cause (DE 28).

3. Defendant's Motion for Summary Judgment (DE 23) is **DENIED AS MOOT**.

4. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>15th</u> day of August, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE